UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____X
U. S. Bank Trust National Association,
as Trustee, for ABS Loan Trust V,
           Plaintiff,

v.                                            CIVIL ACTION NO.:1:22-CV-10312-PBS

Donna L. Ratte, Michael D. Ratte, and
Bank of America, N.A.,

           Defendants,
and

Velocity Investments, LLC and Barclays
Bank Delaware,
           Parties-in-Interest.
_____X

## CONSENT JUDGMENT

      NOW COME the Plaintiff, U.S. Bank Trust National Association as Trustee, for ABS Loan Trust V ("U.S. Bank") and the Defendants, Donna L. Ratte, Michael D. Ratte and Bank of America, N.A. ("BANA"), and do hereby agree to allow Judgment to enter in this action as follows:

1.     Judgment on Count II of the Complaint shall enter this day in favor of U.S. Bank on its claim to reform the Assignment of Mortgage dated December 27, 2018, and recorded with the Essex County (Southern District) Registry of Deeds in Book 37257, Page 378.

2.     The Assignment of Mortgage shall be reformed *nunc pro tunc* to reflect the Assignee identified therein as U.S. Bank Trust National Association as Trustee for the ABS Loan Trust V.

Dated: November 10, 2022

Respectfully Submitted,

| U.S. Bank Trust National Association as Trustee for ABS Loan Trust V, By its Attorneys | Bank of America, N.A. By its Attorneys |
|---|---|
| /s/ Brian C. Linehan | /s/ Patricia A. Morisette |
| Brian C. Linehan, Esq. (BBO# 690437) | Patricia Anne Morisette, Esq. |
| Reneau J. Longoria, Esq. (BBO# 635118) | Daniel P. Murphy, Esq. |

U.S. Bank Trust National Association as Trustee v. Donna L. Ratte, et al.
14 Taylor Road a/k/a 14 Taylor Street, Georgetown, MA
DG&L File No.: 56352                    1

| | |
|---|---|
| Doonan, Graves & Longoria, LLC<br>100 Cummings Center, Suite 303C<br>Beverly, MA 01915<br>Tel. (978) 921-2670<br>bl@dgandl.com | Bendett & McHugh, P.C.<br>23 Messenger Street, 2nd Floor<br>Plainville, MA 02762<br>Tel. (508) 691-7179<br>pmorisette@bmpc-law.com |

SO ORDERED:

Dated: 4/3, 2023            Honorable /s/ Patti B. Saris

U.S. Bank Trust National Association as Trustee v. Donna L. Ratte, et al.
14 Taylor Road a/k/a 14 Taylor Street, Georgetown, MA
DG&L File No.: 56352                2